**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **WW Contractors, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1525622** | |
| 4. | **Debtor's address** | **Principal place of business**  **115 West Mulberry St.**  **Baltimore, MD 21201**  Number, Street, City, State & ZIP Code  **Baltimore City**  County | **Mailing address, if different from principal place of business**  **POB 597**  **Randallstown, MD 21133**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.wwcontractors.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **WW Contractors, Inc.** Case number (*if known*) _____
 Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____

   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____

    District _____ When _____ Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

| Debtor | WW Contractors, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

11. **Why is the case filed in *this district*?**  *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**  *Check one:*

    ☐ Funds will be available for distribution to unsecured creditors.

    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**

    ■ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor **WW Contractors, Inc.**  Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 12, 2018**
              MM / DD / YYYY

X **/s/ Warren Wiggins**                              **Warren Wiggins**
Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Jeffrey M. Sirody**                           Date **June 12, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**Jeffrey M. Sirody 11715**
Printed name

**Jeffrey M. Sirody and Associates**
Firm name

**1777 Reisterstown Road**
**Suite 360 East**
**Pikesville, MD 21208**
Number, Street, City, State & ZIP Code

Contact phone **410-415-0445**    Email address **smeyers5@hotmail.com**

**11715 MD**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

## **CORPORATE RESOLUTION**

       I, Warren Wiggins, President of WW Contractors, Inc., hereby certify that on the 12th day of June, 2018 a meeting was held and it was determined that it is was in the best interest of WW Contractors to file a Chapter 11 Bankruptcy.


Dated: June 12, 2018                                 /s/ Warren Wiggins
                                                                               Warren Wiggins, President

Fill in this information to identify the case:

Debtor name: **WW Contractors, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Po Box 297871 Fort Lauderdale, FL 33329 | | credit card | | | | $484,000.00 |
| BMW Financial Services PO Box 78066 Phoenix, AZ 85062-8066 | | 2017 BMW 750i | | $143,075.00 | $0.00 | $143,075.00 |
| BMW Financial Services PO Box 78066 Phoenix, AZ 85062-8066 | | 2017 BMW 330i | | $47,044.00 | $0.00 | $47,044.00 |
| BMW Financial Services PO Box 78066 Phoenix, AZ 85062-8066 | | 2016 328i | | $41,319.00 | $0.00 | $41,319.00 |
| Business Merchant Funding 3301 N. University Drive, Suite 300 Pompano Beach, FL 33065 | | business loan | | | | $187,375.00 |
| Empire Funding 505 Park Avenue Baltimore, MD 21201 | | loan | | | | $38,000.00 |
| Everest Business Funding 2001 NW 107 Ave Miami, FL 33172 | | | | | | $99,666.00 |
| First National Bank 4140 East State St. Hermitage, PA 16148 | | line of credit | | | | $2,996,067.00 |

Debtor **WW Contractors, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First National Bank**<br>4140 East State St.<br>Hermitage, PA 16148 | | term loan | | | | $449,930.00 |
| **First National Bank**<br>4140 East State St.<br>Hermitage, PA 16148 | | credit card | | | | $435,000.00 |
| **Forward Financing**<br>36 Bromfield Street<br>Boston, MA 02108 | | Business loan | | | | $229,643.00 |
| **HOP Capital**<br>2591 Krameria Street<br>Denver, CO 80207 | | business loan | | | | $187,375.00 |
| **ML Factors**<br>428 Central Ave Fl 2,<br>Cedarhurst, NY 11516 | | loan | | | | $130,000.00 |
| **Payroll Funding LLC**<br>10785 W. Twain Avenue, Suite 200<br>Las Vegas, NV 89135 | | business debt | | | | $100,000.00 |
| **PBS Capital**<br>15851 North Dallas Parkway Ste 210<br>Addison, TX 75001 | | loan | | | | $140,000.00 |
| **PBS Capital**<br>15851 North Dallas Parkway Ste 210<br>Addison, TX 75001 | | Business loan | | | | $379,751.00 |
| **Saturn Funding**<br>1322 Manning Pkwy<br>Powell, OH 43065 | | loan | | | | $146,000.00 |

# United States Bankruptcy Court
## District of Maryland

In re  **WW Contractors, Inc.**  
                    Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 12, 2018**

**/s/ Warren Wiggins**  
**Warren Wiggins**/**President**  
Signer/Title

American Express
Po Box 297871
Fort Lauderdale, FL 33329


BMW Financial Services
PO Box 78066
Phoenix, AZ 85062-8066


Business Merchant Funding
3301 N. University Drive, Suite 300
Pompano Beach, FL 33065


Comptroller of Maryland
Revenue Admins Division
Annapolis, MD 21411


Empire Funding
505 Park Avenue
Baltimore, MD 21201


Everest Business Funding
2001 NW  107 Ave
Miami, FL 33172


First National Bank
4140 East State St.
Hermitage, PA 16148


Forward Financing
36 Bromfield Street
Boston, MA 02108


HOP Capital
2591 Krameria Street
Denver, CO 80207


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


ML Factors
428 Central Ave Fl 2,
Cedarhurst, NY 11516

```
Payroll Funding LLC
10785 W. Twain Avenue, Suite 200
Las Vegas, NV 89135


PBS Capital
15851 North Dallas Parkway Ste 210
Addison, TX 75001


Saturn Funding
1322 Manning Pkwy
Powell, OH 43065


Warren Wiggins
3605 Garth Manor Ct.
Woodstock, MD 21163


Washington Redskins
Headquarters
21300 Redskin Park Dr
Ashburn, VA 20147
```

# United States Bankruptcy Court
## District of Maryland

In re  **WW Contractors, Inc.**            Case No. 
             Debtor(s)          Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **WW Contractors, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 12, 2018**          **/s/ Jeffrey M. Sirody**
Date                **Jeffrey M. Sirody 11715**
           Signature of Attorney or Litigant
           Counsel for **WW Contractors, Inc.**
           **Jeffrey M. Sirody and Associates**
           **1777 Reisterstown Road**
           **Suite 360 East**
           **Pikesville, MD 21208**
           **410-415-0445 Fax:410-415-0744**
           **smeyers5@hotmail.com**