

**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# At
# BALTIMORE

In re:    **Case No.: 18-17927 NVA**    **Chapter: 11**

WW CONTRACTORS, INC.
Debtor

### ORDER TRANSFERRING VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA- ALEXANDRIA DIVISION

Upon a review of the pleadings in the above−captioned case, and having conducted a hearing on June 13, 2018 at which counsel for WW Contractors, Inc., the debtor herein, and the United States Trustee were present, and for the reasons stated on the record at that hearing, and in the interest of justice in accordance with 28 U.S.C. § 1412 and Federal Bankruptcy Rule 1014, it is, *sua sponte*, by the Court:

ORDERED that this case is hereby transferred to the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, effective as of the date hereof; and it is further

ORDERED that the Clerk of the United States Bankruptcy Court for the District of Maryland is authorized and directed to take all actions necessary to effectuate the transfer of this case to the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division.

cc:    Debtor(s)
       Attorney(s) for Debtor(s) – Jeffrey Sirody, Esquire
       U.S. Trustee

**End of Order**